| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) NEWMAN, Jon O | 2. Court or Organization U.S.C.A., Second Circuit | 3. Date of Report 5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | Harold W. Newman, Jr. Charit. Rem. Unitrust |
| 6. | Board Member | American Judicature Society |
| 7. | Board Member | Connecticut Appleseed Foundation |
| 8. | Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 9. | Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |

FINANCIAL DISCLOSURE REPORT RECEIVED 2005 MAY -9 A 10:

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/15/04 | University of North Carolina Press - royalty | $15,854.53 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hartford Club | Waiver of annual dues | $1,667 |
| 2. | Tumble Brook Country Club | Partial reduction of annual dues | $4,478 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 1 of 7

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Fleet Bank -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. Fleet Bank -- West Htfd., CT., Checking Acct. | | None | J | T | | | | | |
| 4. Schwab 1, Htfd., Conn., Money Market Acct. | A | Interest | J | T | | | | | |
| 5. Webster Bank, West Htfd., CT, Checking Acct. | A | Interest | K | T | | | | | |
| 6. Smith Barney, New Haven, CT., Money Market Acct. | D | Interest | M | T | | | | | |
| 7. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | N | T | | | | | |
| 8. BONDS: | | | | | | | | | |
| 9. U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 10. Conn. Bond '09 5.4 | A | Interest | K | T | | | | | |
| 11. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 12. Intermountain Utah Power '16 | C | Interest | L | T | | 5/16 | K | C | |
| 13. Jeff. Par. La. Hosp. '09 | A | Interest | J | T | | | | | |
| 14. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 15. W. Monroe La. '10 | B | Interest | K | T | | | | | |
| 16. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 17. Rapides Par. La. '10 | A | Interest | J | T | | | | | |
| 18. Shreveport, La. '04 | A | Interest | | | Matured | 7/1 | J | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Shreveport, La. '10 | C | Interest | | | Called | 9/1 | J | A | |
| 20. S.E. Tex. Hosp. '09 | B | Interest | | | Called | 12/1 | J | | |
| 21. CT G.0. '08 5.12 | D | Interest | M | T | | | | | |
| 22. CT Spl. Assmt. '07 5.1 | B | Interest | K | T | | | | | |
| 23. CT G.0. '10 5.2 | B | Interest | K | T | | | | | |
| 24. CT Health '04 6.2 | B | Interest | | | Matured | 7/1 | K | | |
| 25. CT G.0. '10 5.0 | B | Interest | K | T | | | | | |
| 26. CT G.0. '06 4.7 | B | Interest | | | Called | 3/15 | K | A | |
| 27. CT Health '12 6.5 | C | Interest | L | T | | | | | |
| 28. Stamford G.0. '12 5.7 | B | Interest | | | Called | 3.15 | L | | |
| 29. CT HFA '08 4.625 | B | Interest | K | T | | | | | |
| 30. Conn. Health 5.25 '07 | B | Interest | K | T | | | | | |
| 31. Conn. HFA 4.375 '08 | B | Interest | K | T | | | | | |
| 32. Conn. G.0. 5.0 '09 | B | Interest | L | T | | | | | |
| 33. Conn. 5.125 '11 | B | Interest | L | T | | | | | |
| 34. Conn. G.0 5.0 '11 | A | Interest | K | T | | | | | |
| 35. Conn. Spl. Tax 5.0 '12 | B | Interest | L | T | | | | | |
| 36. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500.000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Cheshire 5.0 '13 | B | Interest | L | T | | | | | |
| 38. Conn Refunding '06 5.0 | B | Interest | L | T | | | | | |
| 39. Conn. Housing '07 3.4 | B | Interest | K | T | | | | | |
| 40. Conn. Refunding '09 5.25 | B | Interest | K | T | | | | | |
| 41. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 42. New Haven '17 6.0 | B | Interest | K | T | | | | | |
| 43. Conn. G.0. '10 5.375 | A | Interest | K | T | | | | | |
| 44. Conn. Spl. Tax '05 5.0 | B | Interest | K | T | | | | | |
| 45. Conn. Refunding '08 5.25 | A | Interest | J | T | | | | | |
| 46. Norwalk '05 4.0 | B | Interest | K | T | | | | | |
| 47. E. Hampton '05 3.375 | B | Interest | K | T | | | | | |
| 48. E. Hampton '07 3.375 | B | Interest | K | T | | | | | |
| 49. CT G.0. '06 0 | | None | K | T | | | | | |
| 50. CT Refunding '05 5.0 | B | Interest | K | T | | | | | |
| 51. CT 6.0 '08 4.875 | B | Interest | K | T | | | | | |
| 52. Univ. CT. '07 4.25 | B | Interest | K | T | | | | | |
| 53. New Haven '07 4.0 | B | Interest | L | T | | | | | |
| 54. Meriden '11 3.75 | | None | L | T | Buy | 8/18 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. UConn '10 5.0 | B | Interest | L | T | Buy | 8/19 | L | | |
| 56. Stamford '10 3.0 | | None | L | T | Buy | 8/18 | L | | |
| 57. CT Rfdg '09 4.5 | B | Interest | L | T | Buy | 9/1 | L | | |
| 58. South Central CT '06 2.0 | | None | L | T | Buy | 9/16 | L | | |
| 59. Norwalk '10 4.25 | | None | L | T | Buy | 9/1 | L | | |
| 60. CT Clean Water '06 4.0 | A | Interest | L | T | Buy | 9/10 | L | | |
| 61. Canton '07 3.5 | A | Interest | K | T | Buy | 9/29 | K | | |
| 62. STOCKS: | | | | | | | | | |
| 63. Dupont | C | Dividend | M | T | | | | | |
| 64. Exxon Mobil | A | Dividend | M | T | | | | | |
| 65. G.E. | B | Dividend | M | T | | | | | |
| 66. Norfolk Southern | A | Dividend | J | T | | | | | |
| 67. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 68. M & T Bank | A | Dividend | L | T | | | | | |
| 69. Pfizer | A | Dividend | L | T | | | | | |
| 70. Insteel | | None | J | T | | | | | |
| 71. Air Products | B | Dividend | M | T | | | | | |
| 72. Johnson Contr. | C | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Merck | D | Dividend | N | T | | | | | |
| 74. Alexander and Baldwin | A | Dividend | K | T | | | | | |
| 75. Royce Trust | B | Dividend | L | T | | | | | |
| 76. Bethlehem Steel | | None | J | T | | | | | |
| 77. Corning | | None | K | T | | | | | |
| 78. Cummings Engine | A | Dividend | K | T | | | | | |
| 79. Minn. Mining | B | Dividend | L | T | | | | | |
| 80. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 81. Enron | | None | J | T | | | | | |
| 82. Microsoft | C | Dividend | L | T | | | | | |
| 83. Cisco | | None | L | T | | | | | |
| 84. Total Fina | D | Dividend | M | T | | | | | |
| 85. Honeywell | A | Dividend | K | T | | | | | |
| 86. Lucent | | None | J | T | | | | | |
| 87. Pitney Bowes | A | Dividend | K | T | | | | | |
| 88. Devon Energy | A | Dividend | K | T | Exch. Ocean | 4/29 | J | | |
| 89. FNMA | A | Dividend | K | T | | | | | |
| 90. Philips | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Tyco | A | Dividend | K | T | | | | | |
| 92. Nokia | A | Dividend | J | T | | | | | |
| 93. Red Hat | | None | J | T | | | | | |
| 94. Pfizer | B | Dividend | K | T | | | | | |
| 95. Medco | | None | K | T | | | | | |
| 96. Calamos Fund | B | Dividend | L | T | Buy | 8/26 | L | | |
| 97. Smith Barney Capital Fund | A | Dividend | L | T | Buy | 8/23 | L | | |
| 98. OTHER: | | | | | | | | | |
| 99. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | D | Dividend | N | T | | | | | |
| 100. Trust held by Schwab & Co. (pooled funds & state bonds) | E | Dividend | N | T | | | | | |
| 101. 1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 102. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 103. Charitable Remainder Unitrust, consisting | E | Interest | O | T | | | | | |
| 104. of Municipal Bonds: | | | | | | | | | |
| 105. - Houma La. '10 | | | | | | | | | |
| 106. - Jefferson Par. La. '16 | | | | | | | | | |
| 107. - Prudential money mkt fund | | | | | | | | | |
| 108. - Camden, N.J. '14 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Pike Wash, '11 | | | | | | | | | |
| 110. - Salt River, Ariz. '16 | | | | | | | | | |
| 111. - West Lane, OR. '12 | | | | | | | | | |
| 112. - Port Seattle, WA '17 | | | | | | | | | |
| 113. - San Bernadino, CA '16 | | | | | | | | | |
| 114. - East Bay, CA '16 | | | | | | | | | |
| 115. - Manatee, FL '21 | | | | | | | | | |
| 116. - Middlesex City, N.J. '19 | | | | | | | | | |
| 117. - Mass. Health 4.5 '14 | | | | | | | | | |
| 118. - Baton Rouge, LA '17 4.7 | | | | | | | | | |
| 119. Condo, University Park, FL purchased 4/9/99, $179,000 | C | Rent | M | R | | | | | |
| 120. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 121. AIG Annuity (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Columns C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS          (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEWMAN, Jon O | 5/2/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date _MAY 2, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544